IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01377-BNB

JEREMY PINSON,

    Plaintiff,

v.

ROBERT PACHECO,
SARA REVELL,
MERRY WILNER,
DELBERT SAVERS,
HARLEY LAPPIN, and
MICHAEL NALLEY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 3 2010

GREGORY C. LANGHAM
                  CLERK

## ORDER

Plaintiff, Jeremy Pinson, is a federal prisoner who currently is incarcerated at the Federal Correctional Institution in Talladega, Alabama. On June 21, 2010, Mr. Pinson, acting *pro se*, filed an Emergency Motion for a Preliminary Injunction. In the Motion, Mr. Pinson requests that the Court enjoin Defendants Lappin and Savers from housing him in the same institution with inmates or prison gang members who pose a known, specific risk of harm to him. The Motion will be denied.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980).

Mr. Pinson fails to allege specific facts that demonstrate he is facing immediate and irreparable injury. Although Mr. Pinson asserts in his Complaint that he was attacked on December 12, 2007 while he was housed at the federal prison in Florence, Colorado and again on April 9, 2008 at the federal prison in Victorville, California, he does not assert that he now is in immediate danger of being attacked where he is housed at the federal prison in Talladega, Alabama. Mr. Pinson seeks injunctive relief from being placed in a prison facility where he may be housed with inmates or prison gang members who pose a known, specific risk of harm to him. His claim of future injury is speculative. Accordingly, it is

ORDERED that the Emergency Motion for a Preliminary Injunction (Doc. No. 5), filed June 21, 2010, is DENIED.

DATED at Denver, Colorado, this 3rd day of August, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01377-BNB

Jeremy Pinson
Reg. No. 16267-064
FCI -Talladega
P.O. Box 1000
Talladega, AL 35160

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/3/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk