IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-01377-REB-MJW

JEREMY PINSON,

    Plaintiff,

v.

ROBERT PACHECO,
SARA REVELL,
MERRY WILNER,
DELBERT SAVERS,
HARLEY LAPPIN, and
MICHAEL NALLEY,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Motion and Notice Regarding Order for 9/3/10 Response** [#43] filed September 20, 2010. The court has construed this motion as a motion for a ruling on the plaintiff's motion for preliminary injunction. The motion is **DENIED** as moot in part. The motion seeks to require the magistrate judge to issue a recommendation on the motion for preliminary injunction, which Magistrate Judge Michael J. Watanabe has done. *See* **Recommendation on Plaintiff's Renewed Emergency Motion For Subpoena , Hearing and Issuance of a Preliminary Injunction** [#42] entered September 16, 2010. Otherwise, the motion is **DENIED** to the extent it seeks a ruling on the recommendation from this court. The deadline to file objections has not yet expired.

    Dated: September 22, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.