IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-01377-REB-MJW

JEREMY PINSON,

    Plaintiff,

v.

ROBERT PACHECO,
SARA REVELL,
MERRY WILNER,
DELBERT SAVERS,
HARLEY LAPPIN, and
MICHAEL NALLEY,

    Defendants.

## ORDER OVERRULING OBJECTION TO ORDER
## OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is plaintiff's **Objection and Motion for Reconsideration by a District Judge** [#62], filed October 25, 2010, which objects to the magistrate judge's **Minute Order** [#15], filed July 27, 2010, denying plaintiff's **Motion To Stay Collection of Fee** [#14], filed July 26, 2010. I overrule plaintiff's objection and deny his motion for reconsideration.

Plaintiffs' objection pertains to non-dispositive matters that have been referred to the magistrate judge for resolution. Under 28 U.S.C. § 636(b) and Fed.R.Civ.P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be clearly erroneous or contrary to law. Moreover, because plaintiff is proceeding *pro se*, I have reviewed his motion more liberally than pleadings or papers filed by attorneys.

*See, e.g., Erickson v. Pardus*, 551 U.S. 89, 94, 127 S.Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Haines v. Kerner,* 404 U.S. 519, 520-21, 92 S.Ct. 594, 596, 30 L.Ed.2d 652 (1972); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Nevertheless, having reviewed the magistrate judge's order and the apposite motions and responses, I conclude that the magistrate judge's order is not clearly erroneous or contrary to law. Although plaintiff accurately cites caselaw from the Second Circuit supporting his position, *see Whitfield v. Scully*, 241 F.3d 264, 276-78 (2nd Cir. 2001), this court is bound by the contrary position of the Tenth Circuit as set forth in **Christensen v. Big Horn County Board of County Commissioners**, 374 Fed. Appx. 821, 829-33 (10th Cir. Apr. 15, 2010).

For this same reason, I find no basis for granting a motion to reconsider the magistrate judge's order. "Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law." *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). None of these circumstances pertains here.

**THEREFORE, IT IS ORDERED** that the objection set forth in plaintiff's **Objection and Motion for Reconsideration by a District Judge** [#62], filed October 25, 2010, to the magistrate judge's **Minute Order** [#15], filed July 27, 2010, denying

2

plaintiff's **Motion To Stay Collection of Fee** [#14], filed July 26, 2010, is **OVERRULED** and that the motion for reconsideration is **DENIED**.

Dated November 1, 2010, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge