**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01377-REB-MJW

JEREMY PINSON,

      Plaintiff,

v.

ROBERT PACHECO,
SARA REVELL,
MERRY WILNER,
DELBERT SAVERS,
HARLEY LAPPIN, and
MICHAEL NALLEY,

      Defendants.

---

**OVERRULING OBJECTIONS TO AND ADOPTING
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      The matters before me are (1) the **Recommendation on Plaintiff's Renewed Emergency Motion for Subpoena, Hearing, and Issuance of Preliminary Injunction (Docket No. 32)** [#42], filed September 16, 2010; and (2) plaintiff's **Motion for Reconsideration of Recommendation (Doc. 42)** [#54], filed October 13, 2010, which I construe as an objection to the recommendation.  I overrule the objections, adopt the recommendation, and deny the apposite motion.

      As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw.  Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less

stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)). The recommendation is detailed and well-reasoned. Contrastingly, plaintiff's vague, global objection[1] is imponderous and without merit. The document he submits in support adds nothing to bolster his request for the extraordinary remedy of injunctive relief, nor does it cure the jurisdictional issues noted in the magistrate judge's recommendation.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Plaintiff's Renewed Emergency Motion for Subpoena, Hearing, and Issuance of Preliminary Injunction (Docket No. 32)** [#42], filed September 16, 2010, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objection inherent in plaintiff's **Motion for Reconsideration of Recommendation (Doc. 42)** [#54], filed October 13, 2010, is **OVERRULED**; and

---

[1] "A general objection that does not put the district court on notice of the basis for the objection will not preserve the objection for *de novo* review by the district court." ***Abdelsamed v. United States***, 2002 WL 31409521 at *24 (D. Colo. Sept. 17, 2002) (citing ***United States v. One Parcel of Real Property Known As 2121 East 30th Street, Tulsa, Oklahoma***, 73 F.3d 1057, 1060 (10th Cir.), ***cert. denied***, 117 S.Ct. 271 (1996)), ***aff'd***, 80 Fed. Appx. 90 (10th Cir. 2003), ***cert. denied***, 124 S.Ct. 1689 (2004).

3.  That plaintiff's **Emergency Motion for Subpoena, Hearing, and Issuance of a Preliminary Injunction** [#32], filed August 24, 2009, is **DENIED**.

Dated November 1, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge