**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01377-REB-MJW

JEREMY PINSON,

    Plaintiff,

v.

ROBERT PACHECO,
SARA REVELL,
MERRY WILNER,
DELBERT SAVERS,
HARLEY LAPPIN, and
MICHAEL NALLEY,

    Defendants.

## ORDER

**Blackburn, J.**

The matters before me are (1) plaintiff's **Motion for Reconsideration of Order** [#67] filed November 12, 2010; and (2) plaintiff's **Objections to Magistrate's Report and Recommendation (Doc. 42)** [#47] filed September 24, 2010. I grant the motion to reconsider. Nevertheless, having considered those objections, I find no basis for amending my prior ruling approving and adopting the magistrate judge's recommendation.

The bases for granting reconsideration are extremely limited:

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. It is not appropriate to revisit issues already

> addressed or advance arguments that could have been raised in prior briefing.

***Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted).  Here, I apparently overlooked, albeit inadvertently, plaintiff's substantive objections to the magistrate judge's recommendation.  Reconsideration of my order adopting that recommendation, therefore, is proper.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw.  Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).  The recommendation is detailed and well-reasoned.  Contrastingly, plaintiff's objections are imponderous and without merit.

Therefore, I find no basis for amending my prior **Order Overruling Objections to and Adopting Recommendation of the United States Magistrate Judge** [#65] entered November 1, 2010.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion for Reconsideration of Order** [#67] filed November 12, 2010, is **GRANTED**; and

  2. That the objections stated in plaintiff's **Objections to Magistrate's Report and Recommendation (Doc. 42)** [#47], filed September 24, 2010, are **OVERRULED**.

Dated November 19, 2010, at Denver, Colorado.

                **BY THE COURT:**

                */s/ Robert E. Blackburn*
                Robert E. Blackburn
                United States District Judge