IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01377-REB-MJW

JEREMY PINSON,

Plaintiff,

v.

ROBERT PACHECO,
SARA REVELL,
MERRY WILNER,
DELBERT SAVERS,
HARLEY LAPPIN, and
MICHAEL NALLEY,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendants' Motion to Stay Discovery (Docket No. 126) is granted.  Discovery in this matter is thus stayed pending ruling on the pending dispositive motions (Docket Nos. 77, 96, 101, 118, and 134).

It is further **ORDERED** that plaintiff's Motion to Compel Production (Docket No. 130) is denied.  Discovery in this matter is premature, and as ordered above, it is now stayed pending ruling on the pending dispositive motions.  Furthermore, plaintiff did not submit to the court the purported discovery request that allegedly was not answered by defendants.

It is further **ORDERED** that the plaintiff's Motion to Deliver or Re-Serve Docketed Papers, Reservice (Docket No. 124) is denied. Plaintiff seeks copies of Docket Nos. 16, 26, 28, 29, 37, 39, 41, 44, 45, 48, 49, and 103.  Docket Nos. 16 and 26 are merely receipts for payments made by plaintiff himself.  Docket Nos. 28, 29, 37, 39, 44, 45, 48, and 49 are only service receipts and affidavits.  Copies of such are not regularly sent to the parties, but the parties were sent a Notice of Electronic Filing with respect to each docket entry.  With regard to Docket Nos. 41 and 103, the Certificates of Service indicate that a copy each of the documents was mailed to the plaintiff.  (Docket Nos. 41 at 3, and 103 at 4).  If plaintiff wants a copy of such documents, he may remit payment to the Clerk's Office for such copies.  The portion of the plaintiff's motion concerning personal service on some of the named defendants is denied without prejudice.  The court will review the issues concerning service when the dispositive motions are ruled upon.

Date:   March 1, 2011