IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01377-REB-MJW

JEREMY PINSON,

Plaintiff(s),

v.

ROBERT PACHECO,
SARA REVELL,
MERRY WILNER,
DELBERT SAVERS,
HARLEY LAPPIN, and
MICHAEL NALLEY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Clarification of Minute Order (docket no. 144) is GRANTED.  As to this court's minute order (docket no. 137), this court granted Defendants' Motion Stay Discovery (docket no. 126), in its discretion pending ruling on the outstanding dispositive motions (docket nos. 77, 96, 101,118, and 134). Moreover, pursuant to D.C.COLO.LCivR 7.1 C "... Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."  This should clarify any confusion.

Date:   March 21, 2011