IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01377-REB-MJW

JEREMY PINSON,

Plaintiff,

v.

ROBERT PACHECO,
SARA REVELL,
MERRY WILNER,
DELBERT SAVERS,
HARLEY LAPPIN, and
MICHAEL NALLEY,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for a Protective Order to Limit Nonparties' Remote Electronic Access to Documents (docket no. 148) is DENIED. I do not find good cause to limit access to the Nonparties.

It is FURTHER ORDERED that the Defendants shall have up to and including April 13, 2011, to file any response to the Pro Se Incarcerated Plaintiff's Renewed Motion for Leave to Amend (docket no. 150).

Date: March 28, 2011