**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01377-REB-MJW

JEREMY PINSON,

    Plaintiff,

v.

ROBERT PACHECO,
SARA REVELL,
MERRY WILNER,
DELBERT SAVERS,
HARLEY LAPPIN, and
MICHAEL NALLEY,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on Defendant Wilner's Motion To Dismiss (Docket No. 77), Defendant Nalley's Motion To Dismiss (Docket No. 96), Defendant Revell's Motion To Dismiss (Docket No. 101), Defendant Lappin's Motion To Dismiss (Docket No. 118), and Defendant's** [sic] **Supplement to Motion To Dismiss (Docket No. 134)** [#140][1] filed March 16, 2011; and (2) plaintiff's **Objections to Report and Recommendation (Doc. 140)** [#152] filed March 25, 2011. I overrule the objections, adopt the recommendation, and grant the motions to dismiss.

---

[1] "[#140]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

The recommendation is detailed and well-reasoned. Contrastingly, plaintiff's objections are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Defendant Wilner's Motion To Dismiss (Docket No. 77), Defendant Nalley's Motion To Dismiss (Docket No. 96), Defendant Revell's Motion To Dismiss (Docket No. 101), Defendant Lappin's Motion To Dismiss (Docket No. 118), and Defendant's** [sic] **Supplement to Motion To Dismiss (Docket No. 134)** [#140] filed March 16, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in plaintiff's **Objections to Report and Recommendation (Doc. 140)** [#152] filed March 25, 2011, are **OVERRULED**; and

3. That **Defendant Wilner's Motion To Dismiss** [#77] filed November 22, 2010, is **GRANTED** on the ground that plaintiff's claims are barred by limitations;

4. That **Defendant Nalley's Motion To Dismiss** [#96] filed December 13, 2010, is **GRANTED** on the ground that plaintiff's claims are barred by limitations

5. That **Defendant Revell's Motion To Dismiss** [#101] filed December 14, 2010, is **GRANTED** on the ground that plaintiff's claims are barred by limitations

6. That **Defendant Lappin's Motion To Dismiss** [#18] filed January 14, 2011, is **GRANTED** on the ground that plaintiff's claims are barred by limitations;

7. That **Defendants' Supplement to Motion To Dismiss** [#134] filed February 22, 2011, is **DENIED AS MOOT**;

8. That at the time judgment enters, judgment **SHALL ENTER** on behalf of defendants, Sara Revell, Merry Wilner, Harley Lappin, and Michael Nalley, against plaintiff, Jeremy Pinson, as to all claims for relief and causes of action herein; provided, that such judgment **SHALL BE** with prejudice; and

9. That defendants, Sara Revell, Merry Wilner, Harley Lappin, and Michael Nalley, are **DROPPED** as named parties to this action, and the case caption **AMENDED** accordingly.

Dated May 9 2011, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge