IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01377-REB-MJW

JEREMY PINSON,

Plaintiff,

v.

ROBERT PACHECO, and
DELBERT SAVERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

Based upon Judge Blackburn's Order Overruling Objections to and Adopting Recommendation of the United States Magistrate Judge (Docket No. 161), it is hereby

ORDERED that the plaintiff's Motion for Conversion to Summary Judgment and Leave to file Supplemental Responses (Docket No. 157) is denied as moot.

Date: May 9, 2011